UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2770-GW(SKx) | Date | August 22, 2016 |
|---|---|---|---|
| Title | *Victoria Kissel v. Omega Natural Science, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Lisa M. Gonzalez | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Victoria C. Knowles | Brian M. Willen |

**PROCEEDINGS:**     DEFENDANT OMEGA NATURAL SCIENCE, INC.'S MOTION TO DISMISS COMPLAINT [24]

Court hears oral argument. The Tentative circulated and attached hereto, is adopted as the Court's Final Ruling. Defendant Omega's motion is GRANTED WITH LEAVE TO AMEND. Plaintiff will have ten (10) days from the date of this order to amend her complaint.

The Court sets a scheduling conference for September 1, 2016 at 8:30 a.m. Parties will file a joint scheduling report by noon on August 30, 2016.

| | : | 05 |
|---|---|---|
| | Initials of Preparer | JG |