JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA KISSEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OMEGA NATURAL SCIENCE, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  CV 16-2770-GW(SKx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Notice of Voluntary Dismissal filed on October 13, 2016 [40], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 14, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE